**No. 09-8672. Stephanie Acierno, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1567, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1070.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 579 F.3d 694.

**No. 09-8684. Guillermo Torres-Menchaca, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1567, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1071.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 880.

**No. 09-8688. Mario Alberto Garcia Holguin, aka Mario A. Garcia Olguin, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1567, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1088.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 339 Fed. Appx. 288.

**No. 09-375. Baldassare Amato, Petitioner v. United States.**

559 U.S. 962, 130 S. Ct. 1502, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1054.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 306 Fed. Appx. 630.

**No. 09-517. Pacific Investment Management Company LLC, et al., Petitioners v. Richard Hershey, et al.**

559 U.S. 962, 130 S. Ct. 1504, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1072.

February 22, 2010. Motion of DRI — The Voice of the Defense Bar for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 571 F.3d 672.

**No. 09-570. Delaware, Petitioner v. James Cooke.**

559 U.S. 962, 130 S. Ct. 1506, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1063.

February 22, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 977 A.2d 803.

**No. 09-652. Michael Wesley Frierson-Harris, aka Michael Wesley Harris, Petitioner v. Joseph C. Hough, Jr., et al.**

559 U.S. 962, 130 S. Ct. 1513, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1062.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 328 Fed. Appx. 753.

**No. 09-726. Ames Department Stores, Inc., et al., Petitioners v. ASM Capital, L.P.**

559 U.S. 962, 130 S. Ct. 1527, 176 L. Ed. 2d 151, 2010 U.S. LEXIS 1093.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 582 F.3d 422.